

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

26 Federal Plaza
New York, NY 10278

October 14, 2025

The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Rodriguez Zaraza et al., 24 Cr. 498

Dear Judge Wang:

The two defendants charged in S1 24 Cr. 498—Alveiro Rodriguez Zaraza and Gerry Lupercio Bravo Rodriguez—arrived in this District on an extradition from Colombia on October 9, 2025. All six defendants in this matter have now been extradited. The Government thus respectfully requests the unsealing of S1 24 Cr. 498, the charging instrument against Rodriguez Zaraza and Bravo Rodriguez, as well as S3 24 Cr. 498, the charging instrument against all six defendants.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Jane Chong
Assistant United States Attorney
(212) 637-2263

SO ORDERED.

_____
THE HON. ONA T. WANG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK