Law Offices Of<br>
Donna R. Newman<br>
Attorney at Law<br>
20 Vesey Street, Suite 400<br>
New York, New York 10007<br>
tel. 212-229-1516 fax 212-593-1844<br>
cell. 201-306-4369<br>
donnanewmanlaw@aol.com<br>
Member: N.Y. & N.J. Bar

October 16, 2025

**BY ECF & EMAIL (VargasNYSDChambers@nysd.uscourts.gov)**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Alviero Rodriguez Zaraza
    24 cr 598 (JAV)

Dear Judge Vargas:

    I write with the Government's consent to adjourn the status conference scheduled for October 17, 2005 until November 5, 2025 at a time convenient for the Court. I have not had an opportunity to meet with the client to discuss the case. On behalf of Mr. Rodriguez-Zaraza I waive speedy trial until November 5, 2025.

Respectfully submitted,
/s/
Donna R. Newman
Cc: AUSA Jane Chong via ECF & Email

---

Defense counsel's request for an adjournment of the status conference is GRANTED. The status conference previously scheduled for October 17, 2025, is adjourned to November 5, 2025, at 11:00am. The Government shall submit a proposed order excluding time under the Speedy Trial Act, 18 U.S.C. § 3161, pursuant to the procedure set forth in Section 3.E of this Court's Individual Rules and Practices in Criminal Cases.

SO ORDERED.
Dated: October 16, 2025

_____
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE